# U.S. District Court
## District of Montana (Billings)
## CRIMINAL DOCKET FOR CASE #: 1:19-mj-00040-TJC-1

Case title: USA v. Capser
Other court case number: 19-cr-337 Southern District of New York

Date Filed: 05/08/2019
Date Terminated: 05/09/2019

Assigned to: Magistrate Judge Timothy J. Cavan

### Defendant (1)

**Todd Capser**
*TERMINATED: 05/09/2019*

represented by **Geoffrey T. Cunningham**
PARKER, HEITZ & COSGROVE, PLLC
401 N. 31st Street, Suite 805
PO Box 7212
Billings, MT 59103-7212
406-245-9991
Fax: 406-245-0971
Email: Geoff@Parker-Law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Samantha A. Howard**
PARKER, HEITZ & COSGROVE, PLLC
401 N. 31st Street, Suite 805
PO Box 7212
Billings, MT 59103-7212
406-294-9991
Email: samanthahoward@parker-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

## Highest Offense Level (Terminated)

None

<table>
<tr><td><strong>Complaints</strong></td><td><strong>Disposition</strong></td></tr>
<tr><td>18:1349.F -- CONSPIRACY TO COMMIT WIRE FRAUD; 18:1343 -- WIRE FRAUD; 18:1028A(a)(1), 1028A(b), 2 -- AGGRAVATED IDENTITY THEFT</td><td></td></tr>
</table>

---

## Plaintiff

| USA | represented by | **Colin M. Rubich** |
|---|---|---|
| | | U.S. ATTORNEY'S OFFICE - BILLINGS |
| | | 2601 2nd Avenue North, Ste 3200 |
| | | Billings, MT 59101 |
| | | 406-247-4684 |
| | | Fax: 406-657-6989 |
| | | Email: colin.rubich@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2019 | 1 | Rule 5 Documents Received for Defendant From the Southern District of New York in Montana as to Todd Capser. (JDR) (Entered: 05/08/2019) |
| 05/08/2019 | | Arrest (Rule 5) of Todd Capser (JDR) (Entered: 05/08/2019) |
| 05/08/2019 | | Set Hearing as to Todd Capser. Initial Appearance - Rule 5 set for 5/8/2019 at 02:30 PM in Billings, MT before Magistrate Judge Timothy J. Cavan. (JDR) (Entered: 05/08/2019) |
| 05/08/2019 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge Timothy J. Cavan: Initial Appearance in Rule 5(c)(3) Proceedings as to Todd Capser held on 5/8/2019. Defendant is present and in custody appearing on a warrant out of the Southern District of New York with retained counsel Geoffrey Cunningham and Samantha Howard; AUSA Colin Rubich for the govt. Deft is advised of his rights, including Rule 20 rights. Deft is provided with a copy the Indictment filed in the originating District. Deft waives an identity hearing. The USA advises the Court of surety bond request by the originating district and moves for detention in the interim. Detention Hearing set for 5/9/2019 at 02:30 PM in Billings, MT before Magistrate Judge Timothy J. Cavan. Deft is ordered detained and is remanded to the custody of the USMS pending a detention hearing. Hearing commenced at 2:41 p.m. and concluded at 2:51 p.m. (Court Record: FTR Gold recording) (USPO: Marcie Zink), (Law Clerk: S. Danno), (Hearing held in Billings - BHC) (JDR) (Entered: 05/08/2019) |

| 05/09/2019 | 4 | MINUTE ENTRY for proceedings held before Magistrate Judge Timothy J. Cavan: Detention Hearing as to Todd Capser held on 5/9/2019. Defendant is present and in custody appearing w/retained counsel Samantha Howeard; Colin Rubich appearing for the govt. Defendant moves to vacate this hearing and refer it to the Southern District of New York. Court grants the motion. Deft has been advised of his Rule 20 rights and right to a detention hearing on his appearance in SDNY. Deft specifically reserves his right to a detention hearing in SDNY and consents to transfer. Defendant is remanded to the custody of the USMS for transfer to the Southern District of New York.Hearing commenced at 2:46 p.m. and concluded at 2:49 p.m. (Court Record: FTR Gold recording) (USPO: Marcie Zink), (Law Clerk: S. Danno), (Hearing held in Billings - BHC) (JDR) (Entered: 05/09/2019) |
|---|---|---|
| 05/09/2019 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Todd Capser. Defendant committed to the Southern District of New York. Signed by Magistrate Judge Timothy J. Cavan on 5/9/2019. (JDR) (Entered: 05/09/2019) |
| 05/09/2019 | 7 | Transfer Letter sent to Southern District of New York as to Todd Capser via email. (JDR) (Entered: 05/09/2019) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/10/2019 10:11:35 | | |
| **PACER Login:** us5070:2654438:0 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** 1:19-mj-00040-TJC | |
| **Billable Pages:** 2 | **Cost:** 0.20 | |