# Federal Defenders
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392
www.federaldefendersny.org

David E. Patton
*Executive Director
and Attorney-in-Chief*

Appeals Bureau
Barry D. Leiwant
*Attorney-in-Charge*

July 10, 2019

> Granted.
> So ordered.
> July 15, 2019
>
> _J. Paul Oetken_ (signature)
> J. PAUL OETKEN
> United States District Judge

The Honorable Paul J. Oetken
United States District Judge
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

Re: United States v. Casper
Docket No. 19 Cr. 337 (JPO)

Dear Judge Oetken:

Mr. Casper pled guilty to one count of wire fraud on July 2, 2019. He remains free on $100,000 bail. His son, who is a high school football player in Montana, has been invited to participate in a National kicking and punting contest in Mahwaukee Wisconsin. With the consent of the government, he requests permission to travel to Wisconsin on July 19th and return to Montana on July 22nd.

Respectfully,

*Philip L. Weinstein*

**PHILIP L. WEISTEIN**
Assistant Federal Defender

PLW/jl

cc: AUSA Benjamin Scharrier