# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392
www.federaldefendersny.org

David E. Patton
*Executive Director
and Attorney-in-Chief*

Appeals Bureau
Barry D. Leiwant
*Attorney-in-Charge*

October 24, 2019

**BY ECF AND HAND DELIVERY**

The Honorable Paul J. Oetken
United States District Judge
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

    Re:   **United States v. Capser**
           Docket No. 19 Cr. 337 (JPO)

Dear Judge Oetken:

    Sentence is set for November 8th, 2019. With the consent of the government, we request an adjournment to December 2nd, 3rd, 4th, or 10th. We are trying to obtain additional documents for sentence, including his daughter's medical records.

                              Respectfully,

                              /s/

                          **PHILIP L. WEISTEIN**
                          Assistant Federal Defender

PLW/ec

cc:    Benjamin W. Schrier, Esq.
        Assistant United States Attorney
        Southern District of New York