# EXHIBIT B

TO:
The Honorable Paul Oetken
District Court Judge

RE: Todd Capser

The purpose of this letter is to provide a character reference for Mr. Todd Capser whom I have known as a friend and coworker for over 20 years.

As a fellow Montanan, Todd is a great friend who knew many of the backroads and small towns in Montana as I do. We share common memories of spending much of our childhood in the great outdoors.

After graduating from college, I moved to Washington, DC where I worked as a policy advisor to four U.S. Senators eventually leading a legislative team for one of Montana's Senators. It was during these years that Todd and I were colleagues. We worked late into the evening on many occasions near one another. It was a great way for me to understand who Todd really was as a colleague and how well he related to the Senator's constituents on a very personal level.

Todd eventually returned to Montana where he led the Senator's state team and had direct interaction with the Senator's constituents every day. It's a job that requires a patient ability to <u>compromise</u> and to provide <u>encouragement</u> and <u>confidence</u> to people in need. Not always an easy position – particularly in the world of politics where every move is viewed through a lens seeking to criticize. Todd navigated these landmines like a pro and <u>without malice</u> towards those who were politically opposed to the Senator's position.

After our time in the Senate, I remained in contact with Todd while I served the President as Deputy Assistant Secretary at the U.S. Department of Commerce. I would see Todd on occasion when I visited Montana where my family continues to live but I would touch base with him regularly and have since remained in contact.

I truly believe Todd is a good man with <u>good intentions</u>. Todd is a great <u>leader</u> and is <u>respected</u> because of the respect he shows for others. Todd is also <u>humble</u> and easily able to learn from his mistakes. If given the opportunity, Todd will continue to be a <u>positive</u> role model in his family and his community.

I hope my comments give you a sense of the person I see in Todd Capser. If you would like to discuss further over the phone or on email, Todd can provide my contact information. As a boy in rural Montana, my dad taught me to gauge another man's character by his actions and whether or not he hesitated to help others. I know Todd <u>would not hesitate to help others</u>, whether they are friends or complete strangers.

*[signature]*

Randall Popelka