# EXHIBIT C

October 6, 2019

The Honorable Paul Oetken
U.S. District Court Judge
Southern District of New York

Dear Sir:

    My name is Camden Capser. I'm sixteen years old and a junior at Billings Central Catholic High School in Billings, Montana.

    I'm writing you concerning my father, Todd Capser. Dad has been my mentor and best friend my whole life. Teaching me right from wrong. Teaching me to work hard, study hard, and strive for whatever I want in life.

    Since my parents divorce it has been a tough challenge for my sisters and I, but we have managed to split our time up between both parents. With this said, these challenges were nothing compared to life since my father was taken away. I have had to deal with so many emotions. From anger to complete sadness.

    My dad has been the only track coach I've ever had and I so need his guidance the rest of this year and going into my senior year of high school. With college nearing I will need to make choices that I cannot make without my father's constant guidance and support.

    Please sir, let my father prove to the world that he is still a good man and the greatest father to my sisters and I. I know my father is so remorseful for what he did and he is working hard to make up for it. We all need to move on and make this world a better place to live in.

    Please your honor, please let my father come home. My sisters and I need our dad right now more than ever.

Sincerely Yours,

*Camden Capser*

Camden Capser