# EXHIBIT D



Billings Central Catholic High School
3 Broadwater Avenue
Billings, MT 59101
406.867.4042
shelhanser@billingscatholicschools.org

October 7, 2019

RE: Todd Capser

To the Honorable Paul Oetken:

I am writing this letter on behalf of and in support of Todd Capser. Todd was one of my classmates, and I have known him since high school. We have reconnected over the past three years because his son Camden is enrolled in Billings Central Catholic High School, where I serve as principal. Throughout the past three years, Todd has volunteered his time to our track program. As a former college track athlete, his knowledge is appreciated. Todd selflessly dedicated hours to our student athletes, improving not only their performances, but also the quality of the entire program. His time and passion for the sport positively impacted our student athletes, but the care he demonstrated toward all of the athletes, no matter how fast or how slow, made a difference in their lives. Todd also donated equipment and a new tent to the track team to ensure the safety and well-being of the student athletes.

Todd has spent many years in the Billings community giving back, primarily volunteering to improve the lives of children and young adults in our community. He has served on the board of the St. Vincent Healthcare Foundation, specifically focusing his efforts on enhancing the quality of pediatric medicine and ensuring access to all children.

I have daily contact with Todd's son Camden at school and continue to see Todd work consistently and diligently to be the best father he can be for his son. We are a small school and small community, and as you can imagine Todd has maintained his presence in Camden's life in spite of the adverse conditions currently surrounding him. I appreciate Todd's willingness to continue be present and to participate in Camden's life and appreciate his commitment to our school and community. If you have any specific questions or need additional information, please do not hesitate to call.

Sincerely,

Shel Hanser, Principal
Billings Central Catholic High School

