# EXHIBIT H



**AFFINITY**

Todd Capser

# PTI SEXTANS | 9358321

DWT 51,218 | BUILT YEAR 2007
TYPE Chemical/ Oil Products Tanker
SIZEBAND Medium Range
SHIPYARD STX Shipbuilding - Jinhae

Value
## $15,500,000
0.00%

Historical Values

| | | |
|---|---|---|
| WK 43 | $15.50m | |
| WK 42 | $15.30m | 0.00% |
| WK 41 | $15.30m | 0.00% |
| WK 40 | $15.30m | 0.00% |
| WK 39 | $15.30m | 0.00% |
| WK 38 | $15.30m | 0.00% |



**AFFINITY**

Todd Capser

PTI CYGNUS | 9354260

DWT 51,218 | BUILT YEAR 2007
TYPE Chemical/ Oil Products Tanker
SIZEBAND Medium Range
SHIPYARD STX Shipbuilding - Jinhae

Value
$15,500,000
0.00%

Historical Values

| | | |
|---|---|---|
| WK 43 | $15.50m | 0.00% |
| WK 42 | $15.30m | 0.00% |
| WK 41 | $15.30m | 0.00% |
| WK 40 | $15.30m | 0.00% |
| WK 39 | $15.30m | 0.00% |
| WK 38 | $15.30m | 0.00% |