# EXHIBIT G

| | |
|---|---|
| 1. Shipbroker<br>Bancosta (Oriente) Pte Ltd<br>16 Raffles Quay #15-07 Hong Leong Building<br>Singapore 048581<br><br>Affinity (Shipping) LLP<br>Floor 44, The Leadenhall Building<br>122 Leadenhall St. London EC3A 8EE<br>United Kindgom | **BIMCO STANDARD BAREBOAT CHARTER**<br>**CODE NAME: "BARECON 2001"**<br>PART I<br><br>2. Place and date<br><br>As per MOA |
| 3. Owners/Place of business (Cl. 1)<br>Wayfare PTI One Inc. of Marshall Islands<br>c/o Wayfare Transoceanic, LLC<br>2505 46th Street West<br>Billings, MT 59106<br>U.S.A. | 4. Bareboat Charterers/Place of business (Cl. 1)<br><br>Pretty View Shipping S.A.,<br>Panama<br>c/o Parakou Tankers, Inc<br>9 Temasek Boulevard #32-01<br><br>Suntec Tower 2<br>Singapore 038989 |
| 5. Vessel's name, call sign and flag (Cl. 1 and 3)<br>Cygnus, VRCG3, Hong Kong<br>See also Clause 39 | |
| 6. Type of Vessel<br>Tanker For Oil and Chemicals | 7. GT/NT<br>30,068/13,602 |
| 8. When/Where built<br>January 2007 / STX Shipbuilding Co. Limited,<br>Jinhae, Korea | 9. Total DWT (abt.) in metric tons on summer freeboard<br>51,218 |
| 10. Classification Society (Cl. 3)<br>Det Norske Veritas | 11. Date of last special survey by the Vessel's classification society<br>14th December 2011 |
| 12. Further particulars of Vessel (also indicate minimum number of months' validity of class certificates agreed acc. to Cl. 3)<br>IMO No: 9354260 | |
| 13. Port or Place of delivery (Cl. 3)<br>As per Clause 5 of the Memorandum of Agreement (the "MOA")<br>Dated 18th August 2016 made between (i) the Owners as Buyers and (ii) Sellers in respect of the Vessel, attached hereto as Appendix "A". | 14. Time for delivery (Cl. 4)<br>As per Clause 5 of the MOA | 15. Cancelling date (Cl. 5)<br>As per the Cancelling Date of the MOA. |
| 16. Port or Place of redelivery (Cl. 15)<br>Worldwide | 17. No. of months' validity of trading and class certificates upon redelivery (Cl. 15)<br><br>Three (3) months. All classification, national and other certificates to be clean, valid and unextended for at least three (3) months from the time of redelivery free of any conditions/recommendations by Class and the relevant authorities at the time of delivery.<br>See also Rider Clause 44 (Redelivery). |
| 18. Running days' notice if other than stated in Cl. 4<br>N/A | 19. Frequency of dry-docking (Cl. 10(g))<br>As per requirements of Class. |
| 20. Trading limits (Cl. 6) – See also Rider Clause 52<br>Worldwide<br><br>The Charterers shall not enter the Vessel (nor permit the Vessel to be entered into) any voyage or time charter, contract of affreightment or other commitment, pursuant to which the charterer, cargo owner or contractual counterparty employs the Vessel in a transaction involving a destination or person that is prohibited or otherwise subject to restrictions under sanctions laws of the United Nations, United States of America, European Union or the UK, including, without limitation, laws administered by U.S. Department of Treasury's Office of Foreign Assets Contract (OFAC), the U.S. Department of State or equivalent agencies of the European Union or other relevant jurisdictions of the flag authorities of the Vessel. See Rider Clause 52 | |

This document is a computer generated BARECON 2001 form printed by authority of BIMCO. Any insertion or deletion to the form must be clearly visible. In the event of any modification made to the pre-printed text of this document which is not clearly visible, the text of the original BIMCO approved document shall apply. BIMCO assumes no responsibility for any loss, damage or expense as a result of discrepancies between the original BIMCO approved document and this computer generated document.



**"BARECON 2001" STANDARD BAREBOAT CHARTER**  PART I

| 21. Charter period (Cl. 2) <br> Five years plus 60days minus 30days <br> See Rider Clause 35 | 22. Charter hire (Cl. 11) <br> USD8,500 per day payable every 60days in advance <br> see Rider Clause 36 |
|---|---|
| 23. New class and other safety requirements (state percentage of Vessel's insurance value acc. to Box 29)(Cl. 10(a)(ii)) <br> N/A | |
| 24. Rate of interest payable acc. to Cl. 11 (f) and, if applicable, acc. to PART IV <br> LIBOR plus four (4) per cent | 25. Currency and method of payment (Cl. 11) <br> USD (United States Dollars) by wire transfer. |
| 26. Place of payment; also state beneficiary and bank account (Cl. 11) <br> See Rider Clause 38 | 27. Bank guarantee/bond (sum and place) (Cl. 24) (optional) <br> No bank guarantee <br> See Rider Clause 33 E (i) and (ii) |
| 28. Mortgage(s), if any (state whether 12(a) or (b) applies; if 12(b) applies state date of Financial Instrument and name of Mortgagee(s)/Place of business) (Cl. 12) <br> Clause 12(b) to apply | 29. Insurance (hull and machinery and war risks) (state value acc. to Cl. 13(f) or, if applicable, acc. to Cl. 14(k)) (also state if Cl. 14 applies) <br> See Rider Clause 42 |
| 30. Additional insurance cover, if any, for Owners' account limited to (Cl. 13(b) or, if applicable, Cl. 14(g)) <br> None | 31. Additional insurance cover, if any, for Charterers' account limited to (Cl. 13(b) or, if applicable, Cl. 14(g)) <br> 13(b); See Rider Clause 42 <br> Mortgagee's Interest Insurance (MII) and Mortgagee's Additional Perils Pollution (MAPP) if required by Owners' Financiers. |
| 32. Latent defects (only to be filled in if period other than stated in Cl. 3) <br> None | 33. Brokerage commission and to whom payable (Cl. 27) <br> See Rider Clause 36 and 37 |
| 34. Grace period (state number of clear banking days) (Cl. 28) <br> See Rider Clause 47(A) | 35. Dispute Resolution (state 30(a), 30(b) or 30(c); if 30(c) agreed Place of Arbitration must be stated (Cl. 30) <br> 30(a). |
| 36. War cancellation (indicate countries agreed) (Cl. 26(f)) <br> United States of America, Russia, the United Kingdom, Germany, France, the People's Republic of China, Japan | |
| 37. Newbuilding Vessel (indicate with "yes" or "no" whether PART III applies) (optional) <br> No. | 38. Name and place of Builders (only to be filled in if PART III applies) <br> N/A |
| 39. Vessel's Yard Building No. (only to be filled in if PART III applies) <br> N/A | 40. Date of Building Contract (only to be filled in if PART III applies) <br> N/A |
| 41. Liquidated damages and costs shall accrue to (state party acc. to Cl. 1) <br> a) N/A <br> b) N/A <br> c) N/A | |
| 42. Hire/Purchase agreement (indicate with "yes" or "no" whether PART IV applies) (optional) <br> No. | 43. Bareboat Charter Registry (indicate with "yes" or "no" whether PART V applies) (optional) <br> No. |
| 44. Flag and Country of the Bareboat Charter Registry (only to be filled in if PART V applies) <br> N/A | 45. Country of the Underlying Registry (only to be filled in if PART V applies) <br> N/A |
| 46. Number of additional clauses covering special provisions, if agreed <br> Rider Clause 32 - 52 (inclusive) | |

PREAMBLE - It is mutually agreed that this Contract shall be performed subject to the conditions contained in this Charter which shall include PART I and PART II. In the event of a conflict of conditions, the provisions of PART I shall prevail over those of PART II to the extent of such conflict but no further. It is further mutually agreed that PART III and/or PART IV and/or PART V shall only apply and only form part of this Charter if expressly agreed and stated in Boxes 37, 42 and 43. If PART III and/or PART IV and/or This document is a computer generated BARECON 2001 form printed by authority of BIMCO. Any insertion or deletion to the form must be clearly visible. In the event of any modification made to the pre-printed text of this document which is not clearly visible, the text of the original BIMCO approved document shall apply. BIMCO assumes no responsibility for any loss, damage or expense as a result of discrepancies between the original BIMCO approved document and this computer generated document.

PART V apply, it is further agreed that in the ev ent of a conflict of conditions, the provisions of PART I and PART II shall prevail over those of PART III and/or PART IV and/or PART V to the extent of such conflict but no further.

Signature (Owners)

by:-
Name: Todd Capser
Title: President

Signature (Charterers)

by:-
Name: Por Liu
Title: Director

This document is a computer generated BARECON 2001 form printed by authority of BIMCO. Any insertion or deletion to the form must be clearly visible. In the event of any modification made to the pre-printed text of this document which is not clearly visible, the text of the original BIMCO approved document shall apply. BIMCO assumes no responsibility for any loss, damage or expense as a result of discrepancies between the original BIMCO approved document and this computer generated document.

| 1. Shipbroker<br>Bancosta (Oriente) Pte Ltd<br>16 Raffles Quay #15-07 Hong Leong Building<br>Singapore 048581<br><br>Affinity (Shipping) LLP<br>Floor 44, The Leadenhall Building<br>122 Leadenhall St. London EC3A 8EE<br>United Kindgom | **BIMCO STANDARD BAREBOAT CHARTER**<br>**CODE NAME: "BARECON 2001"**<br>PART I<br><br>2. Place and date<br><br>As per MOA |
|---|---|
| 3. Owners/Place of business (Cl. 1)<br>Wayfare PTI Two Inc. of Marshall Islands<br>c/o Wayfare Transoceanic, LLC<br>2505 46th Street West<br>Billings, MT 59106<br>U.S.A. | 4. Bareboat Charterers/Place of business (Cl. 1)<br><br>Pretty Urban Shipping S.A.,<br>Panama<br><br>c/o Parakou Tankers, Inc<br>9 Temasek Boulevard #32-01<br><br>Suntec Tower 2<br>Singapore 038989 |
| 5. Vessel's name, call sign and flag (Cl. 1 and 3)<br>Sextans, VRCS6, Hong Kong<br>See also clause 39 | |
| 6. Type of Vessel<br>Tanker For Oil and Chemicals | 7. GT/NT<br>30,068/13,602 |
| 8. When/Where built<br>May 2007 / STX Shipbuilding Co. Limited,<br>Jinhae, Korea | 9. Total DWT (abt.) in metric tons on summer freeboard<br>51,218 |
| 10. Classification Society (Cl. 3)<br>Bureau Veritas | 11. Date of last special survey by the Vessel's classification society<br>12th May 2012 |
| 12. Further particulars of Vessel (also indicate minimum number of months' validity of class certificates agreed acc. to Cl. 3)<br>IMO No: 9358321 | |
| 13. Port or Place of delivery (Cl. 3)<br>As per Clause 5 of the Memorandum of Agreement (the "MOA")<br>Dated 18th August 2016 made between (i) the Owners as Buyers and (ii) Sellers in respect of the Vessel,<br>attached hereto as Appendix "A". | 14. Time for delivery (Cl. 4)<br>As per Clause 5 of the MOA | 15. Cancelling date (Cl. 5)<br>As per the Cancelling Date of the MOA. |
| 16. Port or Place of redelivery (Cl. 15)<br>Worldwide | 17. No. of months' validity of trading and class certificates upon redelivery (Cl. 15)<br><br>Three (3) months. All classification, national and other certificates to be clean, valid and unextended for at least three (3) months from the time of redelivery free of any conditions/recommendations by Class and the relevant authorities at the time of delivery.<br>See also Rider Clause 44 (Redelivery). |
| 18. Running days' notice if other than stated in Cl. 4<br>N/A | 19. Frequency of dry-docking (Cl. 10(g))<br>As per requirements of Class. |
| 20. Trading limits (Cl. 6) – See also Rider Clause 52<br>Worldwide<br><br>The Charterers shall not enter the Vessel (nor permit the Vessel to be entered into) any voyage or time charter, contract of affreightment or other commitment, pursuant to which the charterer, cargo owner or contractual counterparty employs the Vessel in a transaction involving a destination or person that is prohibited or otherwise subject to restrictions under sanctions laws of the United Nations, United States of America, European Union or the UK, including, without limitation, laws administered by U.S. Department of Treasury's Office of Foreign Assets Contract (OFAC), the U.S. Department of State or equivalent agencies of the European Union or other relevant jurisdictions of the flag authorities of the Vessel. See also Rider Clause 52. | |

This document is a computer generated BARECON 2001 form printed by authority of BIMCO. Any insertion or deletion to the form must be clearly visible. In the event of any modification made to the pre-printed text of this document which is not clearly visible, the text of the original BIMCO approved document shall apply. BIMCO assumes no responsibility for any loss, damage or expense as a result of discrepancies between the original BIMCO approved document and this computer generated document.



"BARECON 2001" STANDARD BAREBOAT CHARTER                         PART I

| 21. Charter period (Cl. 2)<br>Five years plus 60days minus 30days<br>See Rider Clause 35 | 22. Charter hire (Cl. 11)<br>USD8,500 per day payable every 60days in advance<br>see Rider Clause 36 |
|---|---|
| 23. New class and other safety requirements (state percentage of Vessel's insurance value acc. to Box 29)(Cl. 10(a)(ii))<br>N/A | |
| 24. Rate of interest payable acc. to Cl. 11 (f) and, if applicable, acc. to PART IV<br>LIBOR plus four (4) per cent | 25. Currency and method of payment (Cl. 11)<br>USD (United States Dollars) by wire transfer. |
| 26. Place of payment; also state beneficiary and bank account (Cl. 11)<br>See Rider Clause 38 | 27. Bank guarantee/bond (sum and place) (Cl. 24) (optional)<br>No bank guarantee<br>See Rider Clause 33 E (i) and (ii) |
| 28. Mortgage(s), if any (state whether 12(a) or (b) applies; if 12(b) applies state date of Financial Instrument and name of Mortgagee(s)/Place of business) (Cl. 12)<br>Clause 12(b) to apply | 29. Insurance (hull and machinery and war risks) (state value acc. to Cl. 13(f) or, if applicable, acc. to Cl. 14(k)) (also state if Cl. 14 applies)<br>See Rider Clause 42 |
| 30. Additional insurance cover, if any, for Owners' account limited to (Cl. 13(b) or, if applicable, Cl. 14(g))<br>None | 31. Additional Insurance cover, if any, for Charterers' account limited to (Cl. 13(b) or, if applicable, Cl. 14(g))<br>13(b); See Rider Clause 42<br>Mortgagee's Interest Insurance (MII) and Mortgagee's Additional Perils Pollution (MAPP) if required by Owners' Financiers. |
| 32. Latent defects (only to be filled in if period other than stated in Cl. 3)<br>None | 33. Brokerage commission and to whom payable (Cl. 27)<br>See Rider Clause 36 and 37 |
| 34. Grace period (state number of clear banking days) (Cl. 28)<br>See Rider Clause 47(A) | 35. Dispute Resolution (state 30(a), 30(b) or 30(c); if 30(c) agreed Place of Arbitration must be stated (Cl. 30)<br>30(a). |
| 36. War cancellation (indicate countries agreed) (Cl. 26(f))<br>United States of America, Russia, the United Kingdom, Germany, France, the People's Republic of China, Japan | |
| 37. Newbuilding Vessel (indicate with "yes" or "no" whether PART III applies) (optional)<br>No. | 38. Name and place of Builders (only to be filled in if PART III applies)<br>N/A |
| 39. Vessel's Yard Building No. (only to be filled in if PART III applies)<br>N/A | 40. Date of Building Contract (only to be filled in if PART III applies)<br>N/A |
| 41. Liquidated damages and costs shall accrue to (state party acc. to Cl. 1)<br>a) N/A<br>b) N/A<br>c) N/A | |
| 42. Hire/Purchase agreement (indicate with "yes" or "no" whether PART IV applies) (optional)<br>No. | 43. Bareboat Charter Registry (indicate with "yes" or "no" whether PART V applies) (optional)<br>No. |
| 44. Flag and Country of the Bareboat Charter Registry (only to be filled in if PART V applies)<br>N/A | 45. Country of the Underlying Registry (only to be filled in if PART V applies)<br>N/A |
| 46. Number of additional clauses covering special provisions, if agreed<br>Rider Clause 32 - 52 (inclusive) | |

PREAMBLE - It is mutually agreed that this Contract shall be performed subject to the conditions contained in this Charter which shall include PART I and PART II. In the event of a conflict of conditions, the provisions of PART I shall prevail over those of PART II to the extent of such conflict but no further. It is further mutually agreed that PART III and/or PART IV and/or PART V shall only apply and only form part of this Charter if expressly agreed and stated in Boxes 37, 42 and 43. If PART III and/or PART IV and/or This document is a computer generated BARECON 2001 form printed by authority of BIMCO. Any insertion or deletion to the form must be clearly visible. In the event of any modification made to the pre-printed text of this document which is not clearly visible, the text of the original BIMCO approved document shall apply. BIMCO assumes no responsibility for any loss, damage or expense as a result of discrepancies between the original BIMCO approved document and this computer generated document.

PART V apply , it is further agreed that in the ev ent of a conflict of conditions, the provisions of PART I and PART II shall prevail over those of PART III and/or PART IV and/or PART V to the extent of such conflict but no further.

| Signature (Owners) | Signature (Charterers) |
|---|---|
| by:- *[signed] Todd Capser* | by:- *[signed]* |
| Name: Todd Capser | Name: Por Liu |
| Title: President | Title: Director |

This document is a computer generated BARECON 2001 form printed by authority of BIMCO. Any insertion or deletion to the form must be clearly visible. In the event of any modification made to the pre-printed text of this document which is not clearly visible, the text of the original BIMCO approved document shall apply . BIMCO assumes no responsibility for any loss, damage or expense as a result of discrepancies between the original BIMCO approved document and this computer generated document.