# EXHIBIT I

**Third Eye Capital (TEC): Earnings PTI Cygnus and PTI Sextans Merchant Vessels:**

*Earnings & Profit / Loss Report*: Assuming TEC Sells Fleet Immediately

- TEC Earnings to Date (Nov. 2016 – Oct. 2019):  $18,649,584.80

- Earnings from Sale of Fleet:  $31,000,000.00
- Remaining Charter – Discounted 65% for Quick Sale:  $8,878,625.00

  - ***Earnings to Date, Sale of Fleet & Discounted Remainer of Charter Sale:***  **$58,528,209.80**

- Nov. 2016 – Oct. 2017 Interest Paid  $5,175,099.00
- Nov. 2017 – Oct. 2018 Interest Paid  $5,012,275.00
- Nov. 2018 – Nov. 2019 Interest Paid  $5,028,172.00

  Total Interest Paid:  $15,215,546.00

  - ***Profit / Loss After $43,300,000.00 is Paid in Full:***  **$12,663.80**

*Interest Rate Report*:

- TEC Charge  12.0 %
- Estimated Refinance Charge  5.0 – 5.5 %