# EXHIBIT J

**Third Eye Capital (TEC): Earnings PTI Cygnus and PTI Sextans Merchant Vessels:**

*Earnings Report*: Assuming TEC Runs Fleet Full Contract Term – Including Charter Contract

- TEC Earnings to Date (Nov. 2016 – Oct. 2019): $18,649,584.80
- TEC Earnings on Remaining of 5-Year Charter: $12,410,000.00
- TEC Earnings on 2 One-Year Extension Options: $12,957,500.00

    - ***Total TEC Earnings Over Life of Charter:*** **$44,017,084.80**

- Estimated Valuation End of Charter (October 31, 2023) and Sale of Fleet: $23,660,800.00

    - ***Total TEC Earnings Over Life of Charter and Sale of Fleet:*** **$67,677,884.80**

- Nov. 2016 – Oct. 2017 Interest Paid        $5,175,099.00
- Nov. 2017 – Oct. 2018 Interest Paid        $5,012,275.00
- Nov. 2018 – Nov. 2019 Interest Paid        $5,028,172.00

    Total Interest Paid:        $15,215,546.00

    - ***Profit / Loss After $43,300,000.00 is Paid in Full:*** $9,162,338.80

*Interest Rate Report*:

- TEC Charge        12.0 %
- Estimated Refinance Charge        5.0% – 5.5 %

2