**Federal Defenders**
OF NEW YORK, INC.

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392
www.federaldefendersny.org

David E. Patton
*Executive Director
and Attorney-in-Chief*

Appeals Bureau
Barry D. Leiwant
*Attorney-in-Charge*

January 16, 2020

**BY ECF & FAX**

The Honorable Paul J. Oetken
United States District Judge
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

Re:  United States v. Capser
     Docket No. 19 Cr. 337 (JPO)

Dear Judge Oetken:

With the consent of the government Mr. Capser requests permission to travel from Montana to Colorado on Friday January 17th and return on January 18th. His son, who is in high school, is a talented football kicker, and has been invited by the coaches of the University of Colorado football team to tryout for the team.

Respectfully,

/s/
PHILIP L. WEISTEIN
Assistant Federal Defender

PLW/ec

cc:  Benjamin W. Schrier, Esq.
     Assistant United States Attorney
     Southern District of New York
     (BY ECF)

Granted
So ordered.
   January 16, 2020

J. PAUL OETKEN
United States District Judge