**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 15, 2020

**Via ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Capser,* 19 CR 337 (JPO)

Dear Judge Oetken:

      I write in advance of Mr. Capser's sentencing and in response to the letter filed by the Government on March 13, 2020, alleging new fraudulent conduct by Mr. Capser. In response to that letter, the Court scheduled the matter for a *Fatico* hearing on April 28, 2020. Mr. Capser does not intend to contest the new allegations made by the Government, and accordingly does not believe that a *Fatico* hearing is necessary. Mr. Capser is prepared to proceed to sentencing on this matter.

      I further write to request an adjournment of approximately 30 days of Mr. Capser's sentencing. Mr. Capser lives in Billings, MT, and the ongoing public health crisis will make travel to New York both difficult and risky. Additionally, as newly-assigned counsel to this matter, I need more time to familiarize myself fully with the case in order to provide effective representation to Mr. Capser. The Government does not object to this request.

Thank you for your consideration of this application.

> Granted.
> The Fatico hearing is adjourned sine die.
> Sentencing in this matter is hereby adjourned to
> **June 3, 2020, at 11:00 am**.
>   So ordered.
>   April 16, 2020

Respectfully submitted,

/s/

Tamara L. Giwa
Counsel for Todd Capser
Federal Defenders of New York
(212) 417-8719

_____
J. PAUL OETKEN
United States District Judge