**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 8, 2020

**Via ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

     Re:    *United States v. Capser,* **19 CR 337 (JPO)**

Dear Judge Oetken:

    I write with the consent of the Government to respectfully request an adjournment of approximately 30 days of Mr. Capser's sentencing due to the ongoing public health crisis. The sentencing is currently scheduled for July 16, 2020.

    Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Counsel for Todd Capser
Federal Defenders of New York
(917) 890-9729

Granted.
Sentencing is hereby adjourned to August 18, 2020, at 2:00 P.M.
  So ordered.
  July 10, 2020

J. PAUL OETKEN
United States District Judge