**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 7, 2020

**Via ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  **Re:** ***United States v. Capser,* 19 CR 337 (JPO)**

Dear Judge Oetken:

  I write with the consent of the Government to respectfully request an adjournment of approximately 45 days of Mr. Capser's sentencing due to the ongoing public health crisis. The sentencing is currently scheduled for August 18, 2020. The defense does not object to the exclusion of time under the Speedy Trial Act.

  Thank you for your consideration of this request.

              Respectfully submitted,

              /s/

              Tamara L. Giwa
              Counsel for Todd Capser
              Federal Defenders of New York
              (917) 890-9729

Cc: AUSA David Robles (via ECF)
   AUSA Benjamin Schrier (via ECF)

> Granted.
> Sentencing is hereby adjourned to October 6, 2020 at 11:00 a.m.
>  So ordered.
>  August 10, 2020

              /s/ J. Paul Oetken
              J. PAUL OETKEN
              United States District Judge