**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patron
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 12, 2021

Via ECF

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    **United States v. Capser,** 19 CR 337 (JPO)

Dear Judge Oetken:

I write with the consent of the Government to respectfully request a continued adjournment of Mr. Capser's sentencing, currently adjourned *sine die*. Mr. Capser lives in Billings, MT, and would like to appear in person for his sentencing. In light of the ongoing public health crisis, Mr. Capser is requesting that the matter be postponed until it is safe to travel to New York.

Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Counsel for Todd Capser
Federal Defenders of New York
(917) 890-9729

Granted.
A sentencing control date is hereby set for April 16, 2021, at 4:30 p.m.
   So ordered:  2/12/2021

J. PAUL OETKEN
United States District Judge