**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 17, 2021

**Via ECF (redacted) and email (unredacted)**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Capser,* 19 CR 337 (JPO)

Dear Judge Oetken:

I write with the consent of the government to respectfully request an adjournment of Mr. Capser's sentencing, currently scheduled for May 21, 2021. Mr. Capser is suffering from ▓▓▓▓▓▓ as a result of a ▓▓▓▓▓▓, and is currently under the care of a ▓▓▓▓▓▓. He will require ▓▓▓▓▓▓ the first of which is scheduled for June 2, 2021. The ▓▓▓▓▓▓ is currently scheduled for the end of the summer, but could be moved up if the ▓▓▓▓▓▓. Two letters from Mr. Capser's doctors, containing private medical information, will be emailed to Chambers.

Mr. Capser should receive updated information from his medical team within a few weeks. The parties propose to submit a joint letter within three weeks with some potential dates to proceed with sentencing.

Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Counsel for Todd Capser
(917) 890-9729

Cc:   AUSA David Robles (via ECF)
      AUSA Benjamin Schrier (via ECF)