**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 17, 2021

**Via ECF (redacted) and email (unredacted)**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Capser,* 19 CR 337 (JPO)

Dear Judge Oetken:

    I write with the consent of the government to respectfully request an adjournment of Mr. Capser's sentencing, currently scheduled for May 21, 2021. Mr. Capser is suffering from ▇▇▇▇▇▇ as a result of a ▇▇▇▇▇▇, and is currently under the care of a ▇▇▇▇▇▇. He will require ▇▇▇▇▇▇ the first of which is scheduled for June 2, 2021. The ▇▇▇▇▇▇ is currently scheduled for the end of the summer, but could be moved up if the ▇▇▇▇▇▇. Two letters from Mr. Capser's doctors, containing private medical information, will be emailed to Chambers.

    Mr. Capser should receive updated information from his medical team within a few weeks. The parties propose to submit a joint letter within three weeks with some potential dates to proceed with sentencing.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ Tamara L. Giwa
Tamara L. Giwa
Counsel for Todd Capser
(917) 890-9729

> The sentencing hearing is hereby adjourned sine die. The parties are to file a joint status letter by June 11, 2021.
> So ordered.
> May 17, 2021
>
> /s/ J. PAUL OETKEN
> United States District Judge