

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, NY 10007*

June 11, 2021

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N 10007

    Re:    *United States v. Capser*, 19 Cr. 337 (JPO)

Dear Judge Oetken:

    The Government respectfully writes on behalf of itself and defense counsel to request an additional two weeks (until June 25, 2021) to provide the Court with the Government's and defense counsel's respective positions regarding when the sentencing hearing in the above-captioned case should take place.

    The Government has begun but not yet completed the process of obtaining from the defendant's healthcare providers information about his alleged medical conditions, which are the basis for his claim that his sentencing should be significantly delayed. The process of obtaining that information has been complicated by legal requirements that the Government must satisfy before the healthcare providers will provide the requested information. Additionally, defense counsel is scheduled to begin trial in a different matter on June 16, 2021, and would like additional time to further discuss this matter with the defendant.

> Granted. The parties shall file a joint status letter regarding the scheduling of sentencing by June 25, 2021.
>   So ordered.
>   6/14/2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
David J. Robles
Benjamin Woodside Schrier
Assistant United States Attorneys
Southern District of New York
(212) 637-2550/1062

_____
J. PAUL OETKEN
United States District Judge