# EXHIBIT A



Regional Neuroscience Center

November 24, 2021

To Whom It May Concern:

It is imperative and important that Mr. Todd M. Capser remain in Billings, Montana and near his medical providers at St. Vincent Healthcare and the Regional Neuroscience Center due to ████████████████████████████████████████████████████████████████████████████

On September 13, 2021, Mr. Capser underwent ███████████ and on September 14, 2021, the ████████████████████████████████████████████

Thank you.

*[signature]*

Arturo Echeverri, MD
Neurologist
St. Vincent Healthcare
Regional Neuroscience Center

1041 North 29th Street, Billings, MT 59101    P 406-237-5577    F 406-237-5575    svh.org