**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 7, 2021

**Via ECF and email**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Capser,* 19 CR 337 (JPO)

Dear Judge Oetken:

Attached please find a supplemental letter of support from Todd Capser's parents, Mike and Linda Capser, in advance of his sentencing hearing. This letter supplements the sentencing submission filed on November 20, 2019.

Respectfully submitted,

Tamara L. Giwa
Counsel for Todd Capser
(917) 890-9729

Cc:   AUSA David Robles (via ECF)
      AUSA Benjamin Schrier (via ECF)