**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 17, 2022

**Via ECF (redacted) and Email (unredacted)**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *United States v. Capser,* **19 CR 337 (JPO)**

Dear Judge Oetken:

    I write to respectfully request an extension of approximately 45 days of Mr. Capser's surrender date, currently scheduled for Monday, March 21, 2022. Mr. Capser continues to suffer from ▇▇▇▇▇ and other medical issues related to a ▇▇▇▇▇▇. He has undergone a number of medical procedures, including the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, to address his condition. Mr. Capser is scheduled to undergo a further procedure the week of April 11, 2022. An extension of his surrender date would allow Mr. Capser to obtain treatment for his outstanding medical issues before entering a BOP facility. The government does not take a position as to this request.

    Thank you for your consideration of this request.

> Granted.
> Defendant's surrender date is hereby extended to May 9, 2022.
> So ordered.
> 3/21/2022

Respectfully submitted,

/s/

Tamara L. Giwa
Counsel for Todd Capser
Federal Defenders of New York
(917) 890-9729

J. PAUL OETKEN
United States District Judge