**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 3, 2022

**Via ECF (redacted) and Email (unredacted)**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Capser,* **19 CR 337 (JPO)**

Dear Judge Oetken:

      I write to respectfully request an extension of approximately 45 days of Mr. Capser's surrender date, currently scheduled for Monday, May 9, 2022. The government does not take a position as to this request.

      Mr. Capser continues to suffer from ▮▮▮▮▮ and other medical issues related to a ▮▮▮▮▮. He has undergone a number of medical procedures, including ▮▮▮▮▮, to address his condition. Mr. Capser is scheduled to ▮▮▮▮▮ on May 12, 2022. An extension of his surrender date would allow Mr. Capser to obtain treatment for his outstanding medical issues before entering a BOP facility.

      Mr. Capser was notified on April 26, 2022 that he has been designated to the Butner Satellite Camp in North Carolina. Mr. Capser currently resides in Billings, Montana. An extension would also allow Mr. Capser to make the necessary family and transportation arrangements in advance of his surrender.

      Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Counsel for Todd Capser
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA David Robles (via ECF)

> Granted in part. Defendant's surrender date is hereby extended to June 13, 2022.
> So ordered.
> 5/4/2022

J. PAUL OETKEN
United States District Judge