**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 12, 2022

**Via ECF (redacted) and email (unredacted)**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Capser,* 19 CR 337 (JPO)

Dear Judge Oetken:

    I write to respectfully request an extension of Mr. Capser's surrender date, currently scheduled for Monday, June 13, 2022. Mr. Capser was admitted to the emergency room at St. Vincent's Hospital this weekend. He has been discharged and is recovering at home. An extension of his surrender date would allow Mr. Capser to obtain medical treatment for his outstanding medical issues before entering a BOP facility. A letter from Dr. Douglas Parker, one of Mr. Capser's treating physicians, is attached as Exhibit A. Dr. Parker cautions against any travel due to "ongoing and significant issues surrounding Todd Capser's [redacted]." *Id*.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Tamara L. Giwa
Counsel for Todd Capser
Federal Defenders of New York
(917) 890-9729

---

Granted. Defendant's surrender date is hereby extended to July 11, 2022.
So ordered.
June 13, 2022

_____
J. PAUL OETKEN
United States District Judge