UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

              v.

TODD CAPSER

**Order of Restitution**

19 Cr. 337 (JPO)
_____

       Upon the application of the United States of America, by its attorney, Danielle R. Sassoon, United States Attorney for the Southern District of New York, David J. Robles, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count Two of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

       **1.**      <u>**Amount of Restitution**</u>

       TODD CAPSER, the defendant, shall pay restitution in the total amount of $43.3 million, pursuant to 18 U.S.C. §§ 3663 and 3663A, to Third Eye Capital, Brookfield Place, Bay Wellington Tower, 2830 - 181 Bay Street, Suite #2830, Toronto, Ontario M5J 2T3, Canada, the victim of the offense charged in Count Two.  Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

       **2.**      <u>**Schedule of Payments**</u>

       Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant will immediately commence monthly installment payments of at least 15% percent of the defendant's gross income, payable on the 15th of each month.

Pursuant to 18 U.S.C. § 3664(j)(2), the Defendant shall notify the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation) of any amount recovered by a victim for the same loss amount listed above, including payments made to the victim in any pending civil litigation involving the Defendant, to reduce the restitution amount for such victim accordingly.

**3.    Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611.  The defendant shall write his/her name and the docket number of this case on each check or money order.

**4.    Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

2023.2.16                                                              2

5.      **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).   Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

DANIELLE R. SASSOON
United States Attorney for the
Southern District of New York

By: ____/s/_____          __2/12/25_____
David J. Robles                                              DATE
26 Federal Plaza
New York, NY 10278
Tel.: (212) 637 – 2550

SO ORDERED:

_____          _2/13/2025_____
          J. PAUL OETKEN                              DATE
     United States District Judge

2023.2.16                          3